Eastern District of Kentucky
TENDERED
Date: JUL 21 2005
LESLIE G. WHITMER
CLERK, U.S. DISTRICT COURT

Eastern District of Kentucky
FILED
JUL 2 5 2005
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| ANGSTROM TECHNOLOGIES, INC. ) | CIVIL ACTION NO. 05-33-WOB |
| ) | |
| Plaintiff ) | (Judge William O. Bertelsman) |
| v. ) | |
| ) | |
| DONALD WRAY, et al. ) | **AGREED ORDER** |
| ) | |
| Defendant ) | |

This matter is before the Court on: (i) the *Notice of Substitution of Counsel*, filed July 12, 2005, that substitutes Hon. Mark D. Guilfoyle in place of Hon. Scott R. Brown as counsel for defendant E-Star Lighting, Inc., and (ii) the written stipulation of the parties that several provisions of the Court's *Memorandum Opinion and Order,* entered May 13, 2005, should be modified. The Court being sufficiently advised,

**IT IS ORDERED** as follows:

1. That Estar Lighting's answers, responses, objections and responsive documents to Angstrom Technologies' and Kenneth Koock's first sets of discovery requests (Interrogatories, Requests for Production and Requests for Admissions) be served by Monday, August 1, 2005;

2. That numbered paragraph 3 of the Order be amended to read that discovery on the long arm issue shall be completed not later than November 12, 2005; and

3. That numbered paragraph 6 of the Order be amended to read that dispositive motions on the merits shall be filed not later than thirty (30) days after the Court enters its ruling on defendant Estar Lighting's personal jurisdiction motion.

This 25th day of July, 2005

*William O. Bertelsman*
WILLIAM O. BERTELSMAN, JUDGE

HAVE SEEN AND AGREE:

*[signature]*
Robert A. Winter, Jr.
David H. Steele
Hemmer Pangburn DeFrank PLLC
250 Grandview Drive, Suite 200
Ft. Mitchell, KY 41017
(859) 344-1188
(859) 578-3869 (fax)
Counsel for plaintiff
Angstrom Technologies, Inc.

*N. Jeffrey Blankenship, by RSW, per telephone authorization*
N. Jeffrey Blankenship
Monohan & Blankenship
7711 Ewing Blvd., Suite 100
Florence, KY 41022-0157
Counsel for intervening plaintiff Kenneth Koock
(859) 283-1140
(859) 283-5155 (fax)

*Scott R. Brown, by RSW, per telephone authorization*
Scott R. Brown
Frost Brown Todd LLC
2200 East Fifth Street
Cincinnati, OH 45202
Counsel for defendant Donald Wray
(513) 651-695
(513) 651-6981 (fax)


*Mark D. Guilfoyle, by MJM, per telephone authorization*
_____
Mark D. Guilfoyle
William J. Moran
Deters, Benzinger & LaVelle
207 Thomas More Parkway
Crestview Hills, KY 41017
Counsel for defendant Estar Lighting, Inc.
(859) 341-1881
(859) 341-1469 (fax)

S:\RAW\Angstrom Tech\Wray II\Pleadings\agreed order.wpd